

EOD
07/02/2012

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILLIAM E. MORGAN and, | § | CASE NO. 10-50282 |
| DARLENE A. MORGAN, | § | |
| | § | CHAPTER 11 |
| DEBTORS. | § | |

## ORDER GRANTING PROVISIONAL CLOSING OF
## CHAPTER 11 CASE FOR AN INDIVIDUAL DEBTOR

An Application for Final Decree or other motion seeking the final closing of this case has been filed by William E. Morgan and Darlene A. Morgan, the individual Chapter 11 Debtors. However, notwithstanding any "substantial consummation" of the confirmed plan which may have occurred in this case, 11 U.S.C. § 1141(d)(5) now requires that all payments under a confirmed Chapter 11 plan be completed as a prerequisite to the entry of an order of discharge for an individual Chapter 11 debtor. In this district, that discharge process is initiated by the filing of a "Notice of Plan Completion by Individual Debtor in a Chapter 11 Case" [*TXEB Local Form 4004-b*] which thereafter triggers other duties of a Chapter 11 individual debtor to submit required statements under penalty of perjury. Thus, since these actions have not yet occurred in this case, this case has not been "fully administered" under 11 U.S.C. § 350 and the entry of a Final Decree is premature and unjustified under the circumstances.

However, such circumstances do establish just cause to grant a provisional closing of this case, subject to the subsequent filing by the Debtors of two documents: a Motion to Reopen[1] and a separate Notice of Plan Completion, both to be filed upon the completion of all payments required to be made under the confirmed Chapter 11 plan. Accordingly, the Court finds that just cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the above-referenced Chapter 11 case is **PROVISIONALLY CLOSED** subject to its anticipated re-opening upon the completion of all payments required to be made under the confirmed Chapter 11 plan. All other relief sought by the Motion, if any, is **DENIED**.

Signed on 7/2/2012

*Brenda T. Rhoades*   SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Such motion to reopen may properly contain a request for a waiver of any fee for reopening the case as an "appropriate circumstance" for such waiver in that this case would not have been previously closed due to a dereliction of any duty by the Debtor.

```
                                United States Bankruptcy Court
                                  Eastern District of Texas
In re:                                                                             Case No. 10-50282-btr
William E. Morgan                                                                  Chapter 11
Darlene A. Morgan
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0540-5          User: carterl                Page 1 of 3               Date Rcvd: Jul 02, 2012
                              Form ID: pdf400              Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2012.
db/jdb         William E. Morgan,    Darlene A. Morgan,    7789 CR 3204,    DeKalb, TX  75559-4021
intp          +American Express Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
cr            +American Home Mortgage Servcing, Inc.,     PO Box 631730,    Irving, TX 75063-0002
cr             CNH Capital,   P.O. Box 3900,    Lancaster, PA  17604-3900
cr            +First National Bank,    1010 Arkansas Blvd.,    P.O. Box 368,    Texarkana, TX 75504-0368
5911657       +A T & T Wireless,    PO Box 650054,    Dallas, TX 75265
5944505       +American Home Mortgage Servicing, Inc.,     1525 S. Beltline Rd, Suite 100-N,
                Coppell, TX 75019-4913
5911658       +American Home Mortgage Servicing, Inc.,     P.O. Box 631730,    Irving, TX 75063-0002
5911659        Attorney General of Texas,    Bankruptcy Division,    PO Box 12548,    Austin, TX 78711-2548
5911662       +Bowie County Equipment,    421 E. Front Street,    De Kalb, TX 75559-1424
5911664        CNH Capital America LLC,    P.O. Box 3600,    Lancaster, PA  17604-3600
5911663       +Citi Cards,   P.O. Box 182564,    Columbus, OH 43218-2564
5911667       #+Farm Bureau Bank,    Credit Card Center,    P.O. Box 1110,    Evansville, IN 47706-1110
5948972        Farm Bureau Bank, FSB,    PO Box 33427,    San Antonio, TX 78265-3427
5911668       +First National Bank,    1010 Arkansas Blvd.,    P.O. Box 368,    Texarkana, AR 71854-2204
5920415       +First National Bank,    P.O. Box 547,    Ashdown, AR 71822-0547
5911670      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     PO Box 21126,    Philadelphia, PA 19114)
5911669       +Internal Revenue Service,    Mail Code DAL-5020,    1100 Commerce Street,
                Dallas, Texas 75242-1100
5911666      ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,     REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                PO BOX 13528,   AUSTIN TX 78711-3528
              (address filed with court: Comptroller of Public Accts,     Rev Acctg Div/Bankruptcy Dept,
                PO BOX 13528,   Austin, TX 78711)
5941127      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     5005 North River Blvd., N.E.,
                Cedar Rapids, IA 52411-6634)
5911675       +Toyota Finance Services,    P. O. Box 5855,    Carol Stream, IL 60197-5855
5911676        U. S. Attorney,   110 N. College Ave.,     Suite 700,   Tyler, TX 75702-0204
5911678       +Wells Fargo,   P.O. Box 10347,    Des Moines, IA 50306-0347
5920076       +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,   P.O. Box 9210,
                Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           E-mail/PDF: pa_dc_claims@salliemae.com Jul 03 2012 04:25:25      Sallie Mae Servicing Corp.,
                P.O. Box 9500,   Wilkes Barre, PA  18773-9500
6009504        E-mail/PDF: rmscedi@recoverycorp.com Jul 03 2012 04:25:05      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
5911671       +E-mail/Text: dallas.bankruptcy@LGBS.com Jul 03 2012 03:10:47
                Linebarger Goggan Blair & sampson,    University Center, Ste. 1720,    2323 Bryan Street,
                Dalals, Texas 75201-2644
5911672       +E-mail/PDF: pa_dc_claims@salliemae.com Jul 03 2012 04:25:25      Sallie Mae,   P.O. Box 9500,
                Wilkes-Barre, PA 18773-9500
6011743       +E-mail/PDF: pa_dc_claims@salliemae.com Jul 03 2012 04:25:25      Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
5911673       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2012 04:04:07      Sam’s Club Credit,
                P.O. Box 981064,   El Paso, TX 79998-1064
5911674        E-mail/Text: redpacer@twc.state.tx.us Jul 03 2012 02:30:50      Texas Workforce Commission,
                101 East 15th Street,    Austin, TX 78778-0001
5911677        E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Jul 03 2012 02:34:11      U. S. Trustee’s Office,
                110 N. College Street,    Suite 300,   Tyler, TX 75702-7231
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +American Home Mortgage Servicing, Inc.,     1525 S. Beltline Road, Suite 100 N,
                Coppell, TX 75019-4913
intp*         +Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
cr*           +Bowie County Equipment,    421 E. Front Street,    De Kalb, TX 75559-1424
intp*         +CNH Capital,   P.O. Box 1083,    Evansville, IA 47706-1083
intp*         +Citi Cards,   P.O. Box 182564,    Columbus, OH 43218-2564
intp*         +Farm Bureau Bank,    Credit Card Center,    P.O. Box 1110,    Evansville, IN 47706-1110
cr*           +First National Bank,    P.O. Box 547,    Ashdown, AR 71822-0547
intp*         +Sam’s Club Credit,    P.O. Box 981064,    El Paso, TX 79998-1064
intp*         +Toyota Finance Services,    P.O. Box 5855,    Carol Stream, IL 60197-5855
cr*           +Toyota Finance Services,    P.O. Box 5855,    Carol Stream, IL 60197-5855
intp*         +Wells Fargo,   P.O. Box 10347,    Des Moines, IA 50306-0347
```

```
District/off: 0540-5          User: carterl              Page 2 of 3               Date Rcvd: Jul 02, 2012
                              Form ID: pdf400           Total Noticed: 32
```

```
5911661    ##+Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
5911660    ##+Bank of America,   American Express,   P.O. Box 15026,   Wilmington, DE 19850-5026
5911665    ##+CNH Capital,   P.O. Box 1083,   Evansville, IA 47706-1083
                                                                        TOTALS: 0, * 11, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0540-5          User: carterl              Page 3 of 3              Date Rcvd: Jul 02, 2012
                              Form ID: pdf400            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2012 at the address(es) listed below:

              Bill F. Payne    on behalf of Creditor   First National Bank lgarner@moorefirm.com,
               TX21@ecfcbis.com;bpayne@ecf.epiqsystems.com
              Joe  Lozano    on behalf of Creditor   American Home Mortgage Servicing, Inc. notice@bkcylaw.com
              John M. Vardeman    on behalf of U.S. Trustee   US Trustee john.m.vardeman@usdoj.gov
              Jonathan  Gitlin    on behalf of Debtor William Morgan jonathan.gitlin@gmail.com
              Joyce W. Lindauer     on behalf of Debtor William Morgan courts@joycelindauer.com,
               joyce@joycelindauer.com
              Robert S. McGinnis    on behalf of Creditor   First National Bank rsmcg51354@aol.com,  rsmbk@aol.com
              Timothy W. O'Neal    on behalf of U.S. Trustee   US Trustee USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                              TOTAL: 7